■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE TUCKER, Appellant. [723 NYS2d 702] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered February 26, 1996, convicting him of murder in the second degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

After a thorough and searching inquiry of each juror, the trial court properly determined that the comments made by a discharged juror to the other jurors were not likely to result in substantial prejudice. Each of the remaining jurors stated that he or she could remain fair and impartial (*see, People v Silvestre,* 192 AD2d 563; *People v Costello,* 104 AD2d 947).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Ritter, J. P., Santucci, Goldstein and Crane, JJ., concur.